NO. 07-06-0016-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 16, 2006
_____

RICHARD JOEL ORTEGA,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 108th DISTRICT COURT OF POTTER COUNTY;

NO. 46,448-E; HON. ABE LOPEZ, PRESIDING
_____

*Dismissal*
_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Richard Joel Ortega appeals from the judgment of the trial court. We abated the cause to determine, among other things, whether appellant cared to prosecute the appeal. Though he initially stated that he did, he subsequently informed the trial court via two letters that he did not. Thereafter, the trial court executed findings of fact and conclusions of law memorializing appellant's decision to forego appeal. So too did it attach copies of appellant's letters to its findings.

Per Rule 2 of the Texas Rules of Appellate Procedure, we deem appellant's two letters as requests to withdraw his notice of appeal. Appellant having so requested, we dismiss the appeal per Texas Rule of Appellate Procedure 42.2(a).

Brian Quinn
Chief Justice

Do not publish.